IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00582-GCM

DAVID M HOLLOWAY,

    **Plaintiff,**

  v.

PTB MOVIE, LLC,
RICHARD CLARK JR.,

    **Defendants.**

**ORDER**

**THIS MATTER** comes before the Court *sua sponte*. The Court has reviewed Plaintiff's Motion for Entry of Default Judgment (ECF Doc. 7) and finds that a factual basis for the motion has not been established. The Court, therefore, concludes that this matter should be set for a jury trial to resolve the issue of damages.

**IT IS THEREFORE ORDERED** that a jury trial in this matter is scheduled for the November 15, 2021 term at the Charles R. Jonas Federal Building, 401 W Trade St. Charlotte, NC 28202 before Senior District Judge Graham C. Mullen.

**IT IS SO ORDERED**.

Signed: August 9, 2021

Graham C. Mullen
United States District Judge